Order issued July 29, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-14-01200-CR
_____

**PAUL BRANID DENNIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

## O R D E R

Before Justices Fillmore, Myers, and Evans

Based on the Court's opinion of this date, we **GRANT** the March 31, 2015 motion of Riann C. Moore for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Riann C. Moore as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Paul Branid Dennis, TDCJ No. 1953618, Middleton Unit, 13055 FM 3522, Abilene, Texas, 79601.


/Lana Myers/
LANA MYERS
JUSTICE